**Doreen M. MERRILL v. Dorian C. MERRILL, No. 227-75**

July 6, 1976. Motion to Withdraw filed by defendant's counsel will be granted upon evidence of compliance with the provisions of V.R.C.P. 79.1(f).

Defendant's Petition for Extraordinary Relief is denied as a matter of discretion.

**KORAY, INC. v. D. & J., INC., No. 290-75**

July 6, 1976. Appeal dismissed for failure to comply with progress order of June 1, 1976.

**Sally Adams BOUFFARD v. Ronald F. BOUFFARD, No. 92-76**

July 6, 1976. Defendant's motion to remand this cause to Washington Superior Court pending appeal is granted, and the same is remanded forthwith to that court for the sole purpose of hearing and determining his petition relative to denial of visitation rights, with direction to advance said cause upon the docket and to report to this Court its action upon said petition. Jurisdiction is retained for all other purposes.

**Dennis J. BRANCHAUD v. STATE of Vermont v. Bourdon's, Inc., No. 173-76**

July 6, 1976. Motion for Permission to Appeal denied.

**STATE of Vermont v. Judson Best HALL, No. 53-75**

August 4, 1976. Appeal dismissed for failure to comply with progress order of June 1, 1976.

**RE PETITION OF THE VILLAGE OF HARDWICK ELECTRIC DEPARTMENT, No. 68-75**

August 4, 1976. Appeal dismissed for failure to comply with progress order of June 1, 1976.

**RE PETITION OF THE VILLAGE OF NORTHFIELD ELECTRIC LIGHT DEPARTMENT, No. 69-75**

August 4, 1976. Appeal dismissed for failure to comply with progress order of June 1, 1976.

**RE THE PETITION OF THE VILLAGE OF MORRISVILLE WATER AND LIGHT DEPARTMENT, No. 70-75**

August 4, 1976. Appeal dismissed for failure to comply with progress order of June 1, 1976.